**KARIN J. IMMERGUT, OSB #96314**
United States Attorney
**STEPHEN J. ODELL, OSB #90353**
Assistant U.S. Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1024
Telefax:  (503) 727-1117
**OWEN SCHMIDT**
Special Assistant U.S. Attorney
owen.schmidt@usda.gov
1220 S.W. Third Avenue, Room 1734
Portland, OR  97204-2825
Telephone:  (503) 326-7263
Telefax:  (503) 326-3807
  Of Attorneys for Defendants

FILED'07 FEB 26 14:58USDC·ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS/ BLUE MOUNTAINS BIODIVERSITY PROJECT,** | Civil No. 04-1595-PK (Lead case) |
| | **Consolidated Cases** |
| Plaintiffs | |
| v. | |
| **BROOKS SMITH,** et al., | **STIPULATION RE:  DISPOSITION OF PLAINTIFF FSEEE'S MOTION FOR ATTORNEYS' FEES & COSTS** |
| Defendants. | |

Plaintiff Forest Service Employees for Environmental Ethics ("FSEEE") and Defendant

in the companion case, FSEEE v. Forest Serv., CV-04-1628-PK, of the above-captioned

consolidated actions (collectively, "stipulating parties") hereby submit and respectfully request

that the Court approve this stipulation memorializing their agreement providing for disposition of

STIPULATION RE:  DISPOSITION OF FSEEE'S MOTION FOR ATTYS' FEES, ETC.- Page 1

FSEEE's Motion for Attorneys' Fees and Costs (Dkt. #208). Specifically, the stipulating parties stipulate as follows:

1. On December 12, 2006, the Court entered a final Judgment (Dkt. #171) in which it dismissed these consolidated actions with prejudice. On January 9, 2007, FSEEE filed a motion for attorneys' fees and costs. Since that time, FSEEE and Defendant have been engaged in settlement negotiations designed to resolve the issues raised by the motion in the absence of further litigation. Recently, on February 20, 2007, the stipulating parties agreed on the fundamental terms of a settlement agreement. This stipulation serves to memorialize and formalize their agreement.

2. Defendant shall pay to FSEEE (Taxpayer ID# 93-1162218) the sum of $35,000.00 as the full amount due and owing and in complete satisfaction of any obligations Defendant may have to compensate FSEEE for the expenditures it has made or have yet to make for attorneys' fees, expenses, and costs related to these consolidated cases, including but not limited to the expenditures for which it seeks reimbursement in its pending motion. Defendant shall send such payment to FSEEE at the following address: Stephanie Detwiler, Director, Administration and Finance, Forest Service Employees for Environmental Ethics, P.O. Box 11615, Eugene, Oregon 97440.

3. FSEEE hereby withdraws its motion for attorneys' fees and costs with prejudice.

4. The fact that the stipulating parties are entering into this stipulation does not constitute, and shall not be construed, as an admission on the part of either FSEEE or Defendant with respect to any issues related to FSEEE's motion for attorneys' fees and costs.

5. The stipulating parties respectfully request that the Court review and approve this

STIPULATION RE: DISPOSITION OF FSEEE'S MOTION FOR ATTYS' FEES, ETC.- Page 2

stipulation by signing on the signature block below provided for that purpose. Following the

Court's approval, Defendant will begin processing the payment to FSEEE referenced in

paragraph 2, above.


Dated this 23rd day of February 2007.

                                        Respectfully submitted,

                                        KARIN J. IMMERGUT
                                        United States Attorney
                                        District of Oregon


/s/ Marc Fink (by SJO)                  /s/ Stephen J. Odell
MARC FINK                               STEPHEN J. ODELL
Attorney at Law                         Assistant U.S. Attorney
OSB # 99261                             OSB #90353
Telephone:  (218) 525-3884              Telephone:  (503) 727-1024
  Of Attorneys for Plaintiff FSEEE        Of Attorneys for Defendant



    I have reviewed and APPROVE the foregoing stipulation of Plaintiff FSEEE and

Defendant regarding the disposition of FSEEE's Motion for Attorneys' Fees and Costs.

Dated this _26th_ day of _February_ 2007.

                                        THE HONORABLE PAUL PAPAK
                                        U.S. Magistrate Judge



STIPULATION RE:  DISPOSITION OF FSEEE'S MOTION FOR ATTYS' FEES, ETC.- Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing STIPULATION RE: DISPOSITION OF PLAINTIFF FSEEE'S MOTION FOR ATTORNEYS' FEES & COSTS by causing a true copy of the referenced document to be served electronically via the Court's ECF system upon the filing of the document on this 23rd day of February 2007 to the following counsel of record:


Marc D. Fink
marc@marcdfink.com

Ralph O. Bloemers
ralph@crag.org
Christopher G. Winter
chris@crag.org


/s/ Stephen J. Odell
STEPHEN J. ODELL
Assistant U.S. Attorney
District of Oregon
(503) 727-1024